IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GARY ADAMS,<br><br>    Defendant.<br>_____ / | No. CR-01-0329 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

    Before the Court is defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence," filed June 23, 2008.

    Having reviewed the motion, the Court does not find the motion is "so palpably incredible or patently frivolous as to warrant summary dismissal." See Marrow v. United States, 772 F. 2d 525, 526 (9th Cir. 1985). Accordingly, the Court hereby sets the following briefing schedule:

    1. No later than August 11, 2008, the United States shall file its opposition.

    2. No later than September 11, 2008, defendant may file a reply.

    3. As of September 11, 2008, or the date on which defendant files a reply,

//

//

whichever is earlier, the Court will take the matter under submission.[1]

Any request for an extension must be supported by a showing of good cause.

**IT IS SO ORDERED.**

Dated: July 10, 2008

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

---

[1] Defendant's Application to Proceed Without Prepayment of Fees, filed in connection with the motion, is denied as moot, as no fee is required to file the instant motion.