United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-01-0329 MMC |
| Plaintiff, | **ORDER SETTING REVISED BRIEFING SCHEDULE** |
| v. | |
| GARY ADAMS, | |
| Defendant. | |

The Court is in receipt of defendant's "Petition to Amend Motion Pursuant to 28 U.S.C. § 2255" ("Petition to Amend"), filed August 7, 2008, by which motion defendant seeks leave to amend his "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence," filed June 23, 2008 ("§ 2255 Motion").  The Court previously set a briefing schedule on the § 2255 Motion, pursuant to which schedule the United States, on August 11, 2008, filed its opposition.

In light of the instant Petition to Amend, the Court hereby sets the following revised briefing schedule:

1. No later than September 11, 2008, the United States shall file its response to the Petition to Amend.

2. No later than October 14, 2008, defendant shall file his reply, if any, to the United

States' response to the Petition to Amend.

3. The present deadline of September 11, 2008 for defendant to file his reply to the opposition to his § 2255 Motion is hereby VACATED and will be reset after the Court rules on the Petition to Amend.

**IT IS SO ORDERED.**

Dated: August 19, 2008

MAXINE M. CHESNEY  
United States District Judge