IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARY ADAMS,<br><br>　　　　Defendant.<br>_____/ | No. CR-01-329 MMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION REQUESTING REVISED BRIEFING SCHEDULE** |

　　　The Court is in receipt of defendant's "Motion Requesting Revised Briefing Schedule," filed October 10, 2008, by which motion defendant seeks an extension, to October 28, 2008, of the deadline to file his reply to the United States of America's opposition to his "Petition to Amend Pursuant to 28 U.S.C. § 2255," filed August 7, 2008. No opposition to defendant's motion has been filed.

　　　The Court having considered the papers filed in support of the motion, and good cause appearing therefor, the motion is hereby GRANTED.  Defendant shall file his reply no later than October 28, 2008.

　　　**IT IS SO ORDERED.**

Dated: October 27, 2008

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge