**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No. CR-01-329 MMC

12              Plaintiff,                        **ORDER GRANTING REQUEST FOR**
                                                  **EXTENSION OF TIME**
13        v.

14   GARY ADAMS,

15              Defendant.
     _____/

16

17        Before the Court is defendant's "Memorandum of Clarification," filed November 6,

18   2008, by which defendant requests an extension, to November 28, 2008, of the deadline to

19   file his reply to the United States of America's opposition to his "Petition to Amend Pursuant

20   to 28 U.S.C. § 2255," filed August 7, 2008.[1]

21        The Court having read and considered the papers filed in support of the request, no

22   opposition having been filed, and good cause appearing, the request is hereby GRANTED.

23   Accordingly, the Court will consider defendant's reply.

24        **IT IS SO ORDERED.**

25

26   Dated:  November 17, 2008                    _____
                                                  MAXINE M. CHESNEY
27                                                United States District Judge

28   _____

     [1]On November 12, 2008, defendant filed his reply.