IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-0329 MMC |
| Plaintiff, | **ORDER DIRECTING UNITED STATES AND COUNSEL FOR DEFENDANT TO RESPOND TO DEFENDANT'S MOTION FOR MODIFICATION OF IMPOSED TERM OF IMPRISONMENT** |
| v. | |
| GARY ADAMS, | |
| Defendant. / | |

On May 27, 2008, defendant Gary Adams filed in propria persona a "Motion for Modification of an Imposed Term of Imprisonment Pursuant to 18 USC § 3582(c)(2) and 28 USC § 994(o)" in which he seeks a reduction of his prison term in light of the revised Guidelines. To date, neither the United States nor counsel for defendant, Daniel Horowitz, has filed a response to defendant's motion.

Accordingly, the United States and counsel for defendant are each hereby DIRECTED to file, no later than May 15, 2009, a response to the above-referenced motion. Should one or both parties believe a hearing on the matter is necessary, the parties should meet and confer and select a hearing date.

**IT IS SO ORDERED.**

Dated: April 24, 2009

_____
MAXINE M. CHESNEY
United States District Judge