1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

GARY ADAMS,

          Defendant.

_____/

No. CR 01-0329 MMC

**ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S
MOTION FOR MODIFICATION OF
IMPOSED TERM OF IMPRISONMENT;
DIRECTIONS TO CLERK**

16

      Before the Court is defendant Gary Adams' ("Adams") "Motion for Modification of an

Imposed Term of Imprisonment Pursuant to 18 USC § 3582(c)(2) and 28 USC § 994(o),"

filed May 27, 2008 by said defendant in propria persona and by which said defendant

seeks a reduction of his prison term in light of the revised Guidelines.  Also before the

Court is a sentencing memorandum filed May 3, 2009 by counsel on Adams' behalf, in

which counsel seeks a greater reduction of Adams' prison term than that initially requested

by Adams.  On May 15, 2009 the government filed partial opposition to the above-

referenced requests.

      Having read and considered the parties' respective submissions with respect to

modification, as well as having reviewed all documents relevant thereto, including the

Superceding Indictment, the Information for Increased Punishment, the verdicts rendered

by the jury, the Presentence Investigation Report and the Judgment, and, further, having

considered all factors under 18 U.S.C. § 3553(a), the Court finds it appropriate to modify

**United States District Court**

For the Northern District of California

Adams' sentence and hereby GRANTS the motion, in part, as follows:

The term of imprisonment on Count Two is hereby REDUCED from 262 months to 240 months, which, pursuant to statute, is the minimum term that may be imposed.

To the extent the motion seeks a reduction below the mandatory statutory minimum for Count Two, the motion is hereby DENIED.

In all other respects, the sentence remains as originally imposed.

The Clerk shall file an Amended Judgment reflecting the above modification.

**IT IS SO ORDERED.**

Dated: May 22, 2009

MAXINE M. CHESNEY
United States District Judge