IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-01-0329 MMC |
| Plaintiff, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| GARY ADAMS, | |
| Defendant / | |

By order filed July 5, 2012, the Court denied defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

To the extent defendant may wish to file a notice of appeal, the Court hereby DENIES a certificate of appealability, for the reason that defendant has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: July 9, 2012

MAXINE M. CHESNEY
United States District Judge