United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-01-0329 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION** |
| v. | |
| GARY ADAMS, | |
| Defendant / | |

By order filed July 5, 2012, the Court denied defendant Gary Adams' ("Adams") "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence." In so ruling, the Court held the Fair Sentencing Act of 2010 did not apply to Adams' sentence. (See Order, filed July 5, 2012, at 1:26-28.)

Now before the Court is Adams' "Motion for Sentence Reduction," filed December 26, 2012, by which Adams again argues that the Fair Sentencing Act of 2010 is applicable. The Court construes the instant motion as a motion for reconsideration of the Court's finding, made in its order of July 5, 2012, that the Fair Sentencing Act does not apply to Adams' sentence. So construed, the motion is hereby DENIED, for the reason that Adams fails to identify any cognizable basis for reconsideration.

//

//

Finally, should Adams seek to appeal the instant order, the Court hereby DENIES a certificate of appealability, for the reason that Adams has not made a "substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Dated: January 2, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　United States District Judge