IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. GARY ADAMS, Defendant. | Case No. 01-cr-00329-MMC-1<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S REQUEST TO STAY PROCEEDINGS ON SECTION 2255 MOTION**<br><br>Re: Dkt. No. 322 |
|---|---|

Before the Court is defendant Gary Adams's "Petition for a Federal Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255," filed June 10, 2016, which petition, defendant acknowledges, is a successive petition. In the petition, defendant seeks an order vacating his sentence on the ground that it has been rendered invalid by the Supreme Court's holding in Johnson v. United States, 135 S. Ct. 2551 (2015). Additionally, defendant requests the Court stay proceedings on the instant petition, until such time as the Ninth Circuit rules on defendant's pending motion for an order authorizing this Court to consider his successive petition. See 28 U.S.C. § 2244(b)(3)(A) (requiring § 2255 applicant, "[b]efore second or successive application [for writ of habeas corpus] . . . is filed in the district court," to "move in the appropriate court of appeals for an order authorizing the district court to consider the application").

With respect to the propriety of a stay, the Court hereby sets the following briefing schedule:

1. The government shall file, no later than July 22, 2016, a response to the request for a stay.

2. In the event the government opposes a stay, defendant shall file, no later than August 5, 2016, a reply in support of his request.

**IT IS SO ORDERED.**

Dated: June 21, 2016

MAXINE M. CHESNEY
United States District Judge