IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>GARY ADAMS,<br>　　　　Defendant. | Case No. 01-cr-00329-MMC-1<br><br>**ORDER TO SHOW CAUSE RE:<br>JOHNSON CLAIM RAISED IN<br>SECTION 2255 MOTION** |

　　　　Before the Court is defendant Gary Adams' "Amended Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255," filed September 20, 2016, by which said defendant seeks an order under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holding in Johnson v. United States, 135 S. Ct. 2251 (2015).[1]  Defendant's Johnson claim appears colorable under 28 U.S.C. § 2255 and merits an answer from the government.

　　　　The following deadlines will apply, unless the parties submit a stipulation and proposed order for a shorter briefing schedule: (1) within 75 days after the motion was filed, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not vacate, set aside or correct the sentence being served; (2) within 45 days after the opposition is filed, defendant shall file any reply.  Thereafter, the matter will be deemed

---

[1] Defendant filed the above-referenced "Amended Petition" after obtaining authorization from the Ninth Circuit to file a second or successive motion under 28 U.S.C. § 2255.

1  submitted on the papers, unless the Court orders otherwise.

3  **IT IS SO ORDERED.**

5  Dated: September 23, 2016

_____
MAXINE M. CHESNEY
United States District Judge